DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE VALDES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1169

[August 1, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Albert Kollra, Jr., Judge; L.T. Case No. 08-3171CF10A.

Jorge Valdes, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***